1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,            Case No: 1:21-cr-00240 NONE/SKO

12                        Plaintiff,     **STIPULATION BETWEEN THE UNITED
                                         STATES AND DEFENDANT REGARDING**
13                                       **PRODUCTION OF PROTECTED
                                         INFORMATION; PROTECTIVE ORDER RE:**
14                  v.                   **SAME**

15

16  RICARDO GUERRERO,                    Ctrm:    8

17                        Defendant.     Hon. Sheila K. Oberto

18

19

20      WHEREAS, the discovery in this case contains private personal information regarding third

21  parties (adults and minors), including but not limited to their names, physical descriptions, social media

22  identifiers, telephone numbers and/or residential addresses; and

23      WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

24  unauthorized disclosure or dissemination of this information to anyone not a party to the court

25  proceedings in this matter;

26      The parties agree that entry of a stipulated protective order is therefore appropriate.

27

28                                            1

1    THEREFORE, defendant RICARDO GUERRERO, by and through his counsel of record, Scott

2  A. Tibbedeaux, Esq. ("Defense Counsel"), and the United States of America, by and through Assistant

3  United States Attorney Brian W. Enos, hereby agree and stipulate as follows:

4    1.    This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of

5  Criminal Procedure, as well as its general supervisory authority.

6    2.    This Order pertains to all discovery provided to or made available to Defense Counsel as

7  part of discovery in this case (hereafter, collectively known as "the discovery").

8    3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any

9  documents or other information that contain Protected Information with anyone other than Defense

10  Counsel's attorneys, designated defense investigators, designated defense experts, and support staff.

11  Defense Counsel may permit the defendant to view unredacted documents or other information in the

12  presence of his attorneys, defense investigators, and/or support staff.  The parties agree that Defense

13  Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected

14  Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators,

15  and support staff may provide the defendant with copies of documents or other information, if any, from

16  which Protected Information has first been redacted.

17    4.    The discovery and information therein may be used only in connection with the litigation

18  of this case and for no other purpose.  The discovery is now and will forever remain the property of the

19  United States of America ("Government").  Defense Counsel will return the discovery to the Government

20  or alternatively keep it archived within its sole possession at the conclusion of the case.

21    5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to

22  ensure that it is not disclosed to third persons in violation of this agreement.

23    6.    Defense Counsel shall be responsible for advising the Defendant, employees, and other

24  members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

25    7.    In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to

26  return the discovery to the government, or, at the request of government counsel, to forward it to new

27  counsel after new counsel has confirmed to government counsel in writing his or her agreement to the

28                                                        2

1  terms of this Order.

2  IT IS SO STIPULATED.

3                                                          (*As auth. 11/19/21*)

4  Dated: November 19, 2021              By:      /s/ Scott A. Tibbedeaux
                                                  Scott A. Tibbedeaux Esq.
5                                                 Attorney for Defendant
                                                  Ricardo Guerrero
6

7  Dated: November 18, 2021              PHILLIP A. TALBERT
                                          Acting United States Attorney
8

9                                        By:     /s/ Brian W. Enos
                                                 Brian W. Enos
10                                               Assistant U.S. Attorney

11
   IT IS SO ORDERED.
12

13

14
   Dated:   11/19/2021                   /s/Sheila K. Oberto
15                                        Hon. Sheila K. Oberto
                                          United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28
                                          3