PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00240 |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUING JUDGEMENT & SENTENCING; FINDINGS AND ORDER |
| v. | |
| RICARDO GUERRERO, | DATE: March 25, 2024 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgement and sentencing on March 25, 2024.

2. By this stipulation, the United States and the defendant now move jointly to continue the judgement and sentencing until May 13, 2024.

3. The probation officer has requested the continuance in order to complete the Pre-Sentence Report. The defendant was recently interviewed on February 22, 2024. The probation officer has been consulted about the proposed new date and she concurs with the proposed date.

4. It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

   a) Draft Pre-Sentence Report: April 1, 2024

      b)    Informal Objections to Draft Pre-Sentence Report:  April 15, 2024

      c)    Final Pre-Sentence Report Date:  April 22, 2024

      d)    Motion for Correction Date:  April 29, 2024

      e)    Reply Date:  May 6, 2024

5. This request follows a guilty plea so exclusion of time pursuant to the Speedy Trial Act is not required.

IT IS SO STIPULATED.

Dated:  February 29, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated:  February 29, 2024

/s/ SCOTT TIBBEDEAUX
SCOTT TIBBEDEAUX
Counsel for Defendant
RICARDO GUERRERO

**ORDER**

IT IS SO FOUND.
IT IS SO ORDERED.

Dated:  **February 29, 2024**

UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING JUDGEMENT AND SENTENCING

2