UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO GUERRERO,<br><br>Defendant.[1] | Case No.  1:21-cr-00240-JLT-SAB-1<br><br>ORDER VACATING AND REINSTATING SENTENCING JUDGMENT, REINITIATING PERIOD TO APPEAL<br><br>**14-DAY DEADLINE TO FILE NOTICE OF APPEAL** |

This matter is before the Court following the government's June 15, 2026 response to the Court's May 25, 2026 order denying the motion to dismiss Guerrero's *pro se* 28 U.S.C. § 2255 motion as to Ground One therein asserting ineffective assistance of trial counsel by failure to file a notice of appeal requested by Guerrero. (Docs. 76 & 75, respectively).

The parties are familiar with the factual background and procedural posture of the case and the Court does not repeat such matters here.

The government no longer opposes Ground One and takes the position that Guerrero "[S]hould be granted a new 14-day period to file a notice of appeal with the district court." (Doc. 76

---

[1] Guerrero is currently serving his sentence at FCI Victorville Medium II, Victorville CA. *BOP Inmate Locator*, https://www.bop.gov/inmateloc/ (last visited July 6, 2026). Guerrero's projected release date is December 23, 2055. *Id.*

at 1).[2]

The Court finds by a preponderance of evidence before it, that Guerrero's trial counsel neglected to file a notice of appeal after being directed to do so. Guerrero is entitled to relief on Ground One asserted in the § 2255 motion.   Therefore, the Court **ORDERS**:

1.  Guerrero's sentencing judgment is hereby VACATED and summarily REIMPOSED identical in all respects to the earlier judgment except as to date of entry, thus REINSTATING the 14-day deadline under Federal Rule of Appellate Procedure 4(b) for Guerrero  to file a notice of appeal.

2.  If Guerrero files a request to appeal within this period, the Clerk of the Court will file a notice of appeal on his behalf pursuant to Federal Rule of Criminal Procedure 32(j)(2).

IT IS SO ORDERED.

Dated:   July 7, 2026

UNITED STATES DISTRICT JUDGE

---

[2] The Court previously granted the government's motion to dismiss the § 2255 motion as to Ground Two therein asserting ineffective assistance of trial counsel during the plea process, and declined issuance of certificate of appealability. (Doc. 75 at 6-14, 18-19).

2