# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICARDO GUERRERO,

Defendant.

Case No. 1:21-cr-00240-JLT-SAB-1

ORDER DENYING AS MOOT MOTIONS TO PROCEED IN FORMA PAUPERIS ON APPEAL AND FOR APPOINTMENT OF APPELLATE COUNSEL

(Docs. 79-80 & 83-84)

This matter is before the Court on defendant Guerrero's motions to proceed on direct appeal without paying fees or costs and for appointment of appellate counsel.

On May 25, 2026, the Court granted relief on the unopposed Ground One in Guererro's *pro se* 28 U.S.C. § 2255 motion asserting ineffective assistance of trial counsel by failure to file a notice of appeal requested by Guerrero. (Doc. 75). On July 7, 2026, the Court vacated and summarily reimposed the sentencing judgment identical in all respects to the earlier judgment except as to date of entry, so as to reinstate the 14-day deadline under Federal Rule of Appellate Procedure 4(b) for Guerrero to file a notice of appeal. (Doc. 77).

On July 16, 2026, Guerrero filed his notice of appeal in this Court. (Doc. 78). On that same day, and again on July 28, 2026, Guerrero filed in the instant motions in this Court.

The United States Court of Appeals for the Ninth Circuit has docketed Guererro's direct

appeal. *USA v. Guerrero*, Case No. 26-4543. On July 29, 2026, the Circuit Court of Appeals conditionally appointed counsel for Guerrero under the Criminal Justice Act, 18 U.S.C. § 3006A, and granted Guerrero leave to proceed in forma pauperis, subject to a showing financial eligibility. *Id.*, Doc. 7. On August 3, 2026, the Circuit Court of Appeals appointed CJA counsel Gary Burcham to represent Guerrero on the direct appeal. *Id.*, Doc. 8.

THEREFORE, Guerrero's instant motions (Docs 79-80 & 83-84) are DENIED without prejudice because they are MOOT.

The Clerk of the Court is directed to SERVE this order on defendant Guerrero at his institutional address of record, and upon appellate counsel Gary Paul Burcham, Burcham & Zugman, 402 West Broadway, Suite 1130, San Diego, CA 92101; email: garypburcham@gmail.com.

IT IS SO ORDERED.

Dated: August 11, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE